TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-94-00733-CV

State of Texas, Appellant

v.

Donna Mery, Roger Heredia, Alejandro Fuentes and 

Texas Medical Liability Trust, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 94-04077, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING

PER CURIAM

 Appellant, State of Texas, has filed an agreed motion to dismiss this appeal. The
motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Agreed Motion

Filed: September 20, 1995

Do Not Publish